Aug 18, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 18, 2020

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 19-14326-EE
Case Style: James Wolfe, et al v. Carnival Corporation
District Court Docket No: 1:18-cv-23463-KMW

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Elora Jackson, EE
Phone #: (404) 335-6173

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 19-14326-EE
_____

JAMES WOLFE,
on behalf of themselves and all others similarly situated,
SONIA HERNANDEZ,
on behalf of themselves and all others similarly situated,
MIGUEL HERNANDEZ,
on behalf of themselves and all others similarly situated,
ERIKA BRUCE,
on behalf of themselves and all others similarly situated,
SHIVON HARRIS,
on behalf of themselves and all others similarly situated,
SAMAD RAINEY,
on behalf of themselves and all others similarly situated,

                                              Plaintiffs - Appellants,

versus

CARNIVAL CORPORATION,
a foreign corporation,
d.b.a. Carnival Cruise Lines,

                                              Defendant - Appellee.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to Appellants Erika Bruce, Shivon Harris, Miguel Hernandez, Sonia Hernandez, Samad Rainey and James Wolfe's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date., effective August 18, 2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Elora Jackson, EE, Deputy Clerk

FOR THE COURT - BY DIRECTION